**Edward J. GEORGE, Appellant**

v.

**STATE of Missouri, Respondent.**

**No. WD 75241.**

Missouri Court of Appeals, Western District.

July 23, 2013.

Emmett Queener, for appellant.

Dora Fichter, for respondent.

Before ALOK AHUJA, P.J., KAREN KING MITCHELL, and ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Edward J. George appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).